FRANKLIN H. WHITE, as Administrator, etc., of EFFIE DEAN WHITE, Deceased, Appellant, v. WILLIAM L. WHEELER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANNIE SAMOWITZ and MAX SAMOWITZ, Appellants, v. THE GREAT ATLANTIC & PACIFIC TEA COMPANY, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of HOLLY-WOOD HAT CO., INC., Assignor, to DAVID HIRSCH, Assignee, Appellant. HERMAN MINTZ and BESSIE MINTZ, Claimants, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENGARRY REALTY COR-PORATION, Respondent, v. JAMES J. SEXTON and Others, etc., Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENGARRY REALTY CORPORATION, Respondent, v. WILLIAM S. MILLER and Others, etc., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SADIE FINESILVER and MARY WOLPERT, as General Guardian of the Person and Estate of ANN LOUISE FINESILVER, an Infant, Appellants, v. TITLE GUARAN-TEE AND TRUST COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents and votes to reverse.

In the Matter of the Petition of SYDNEY KRAUSE, GEORGE J. HIRSCH and GEORGE C. LEVIN, Practicing Law under the Firm Name of KRAUSE, HIRSCH & LEVIN, for the Fixation and Determination of Their Compensation for Professional Legal Services Rendered to PETER DOELGER, as Trustee, and Others, re PETER DOELGER, Deceased, for the Benefit of MADELINE MORSCHHAUSER (Trust No. 4), MATHILDA HUEPFEL (Trust No. 5), MARY DOELGER (Trust No. 6) and CECILIA DOELGER (Trust No. 7). SYDNEY KRAUSE and Others, Petitioners, Appellants, Respondents; WILLIAM E. P. DOELGER and Others, Respondents, Appellants.— Decree, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JULIUS WEISSTEIN, Respondent, v. MARTELL'S WINE & LIQUOR CO., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disburse-ments. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.